**Order filed January 4, 2013**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

## NO. 14-11-00920-CR
———————

**PERCY BENJAMIN SMITH, III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 65,134**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **States Exhibit #1, a DVD.**

The clerk of the 412th District Court is directed to deliver to the Clerk of this court the original of States Exhibit #1, a DVD, on or before **January 24, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of States Exhibit #1, a DVD, to the clerk of the 412th District Court.


PER CURIAM